# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 23-mc-81205-MIDDLEBROOKS/MATTHEWMAN

BETHUNE-COOKMAN UNIVERSITY, INC.

    Plaintiff,

v.

DR. MARY MCLEOD BETHUNE NATIONAL
ALUMNI ASSOCIATION, INC., MARY MCLEOD
BETHUNE NATIONAL ALUMNI ASSOCIATION, INC.,
and JOHNNY L. MCCRAY, JR., Individually,

    Defendants.
_____/

## ORDER DIRECTING CLERK TO REOPEN CASE

This cause is before the court sua sponte. Upon review of the record, and in light of the recent docket activity on this matter, it is **ORDERED AND ADJUDGED** as follows:

1. The Clerk of Court shall **REOPEN THIS CASE**.

2. The Clerk of Court is further directed **REDESIGNATE** this matter as a contested civil case for statistical purposes.

**SIGNED** in Chambers in West Palm Beach, Florida, this __17__ day of January, 2024.

DONALD M MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE