UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 9:23-mc-81205-DMM

BETHUNE-COOKMAN UNIVERSITY, INC.,

    Plaintiff,

v.                                          Original Action Case No.:
                                              (M.D. Fla. 6:22-cv-0047-WWB-RMN)

DR. MARY MCLEOD BETHUNE NATIONAL
ALUMNI ASSOCIATION, INC., MARY MCLEOD
BETHUNE NATIONAL ALUMNI ASSOCIATION, INC.,
and JOHNNY L. MCCRAY, JR., Individually,

    Defendants.
_____/

## THIRD SUPPLEMENTAL JOINT NOTICE RELATING TO
## PLAINTIFF'S MOTION TO COMPEL (D.E. 18)

    Pursuant to the Court's Order [D.E. 32], Plaintiff, Bethune-Cookman University, Inc. ("Plaintiff"), together with nonparty Dr. Mary McLeod Bethune National Alumni Association Broward County Chapter, Inc. (the "Broward Chapter"), by undersigned counsel, jointly and respectfully submit this Third Supplemental Joint Notice.

    On January 17, 2024, the Court directed the parties to file a third supplemental joint notice by February 2, 2024 to update the Court on the status of the ongoing conferral relating to Plaintiff's Motion to Compel [D.E. 18]. The parties have since resolved their underlying dispute, and thus respectfully request that Plaintiff's Motion to Compel [D.E. 18] be denied as moot without prejudice and this action be dismissed without prejudice. Counsel for the parties respectfully apologize to the Court for inadvertently overlooking Friday's deadline, due in part to the parties awaiting final, institutional approval of the resolution of the underlying dispute which was not obtained until the afternoon of February 1, 2024 and counsel's unavailability on February 2, 2024.

    Wherefore, the parties jointly, respectfully request that Plaintiff's Motion to Compel [D.E. 18] be denied as moot, and that this action be dismissed without prejudice.

Respectfully Submitted,

| | |
|---|---|
| *s/Gregory W. Herbert* | *s/Terry M. Sanks* |
| Gregory W. Herbert | Terry M. Sanks |
| Florida Bar No. 0111510 | Florida bar No. 0154430 |
| herbertg@gtlaw.com | tsanks@firstiniplaw.com |
| Stephen G. Anderson | BEUSSE SANKS, PLLC |
| Florida Bar No. 0105697 | 157 E. New England Avenue, Suite 375 |
| andersonst@gtlaw.com | Winter Park, FL 32789 |
| **GREENBERG TRAURIG, P.A.** | Telephone: (407) 644-8888 |
| 450 S. Orange Avenue, Suite 650 | |
| Orlando, Florida 32801 | *Counsel for Nonparty Dr. Mary McLeod Bethune* |
| Telephone No. (407) 420-1000 | *National Alumni Association Broward County Chapter, Inc.* |

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2024, a copy of the foregoing was uploaded to the Court's CM/ECF system which will notify and serve all counsel of record by electronic mail.

*s/Gregory W. Herbert*