UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-CV-81205-MIDDLEBROOKS/Matthewman

BETHUNE-COOKMAN UNIVERSITY, INC.,

    Plaintiff,

v.

DR. MARY MCLEOD BETHUNE NATIONAL
ALUMNI ASSOCIATION, INC., MARY MCLEOD
BETHUNE NATIONAL ALUMNI ASSOCIATION,
INC., JOHNNY L. MCCRAY,

    Respondents.

_____/

## ORDER CLOSING CASE

THIS CAUSE is before the Court sua sponte. Pursuant to Judge Matthewman's order denying Plaintiff's motion to compel (DE 18) as moot, the Clerk of Court **SHALL CLOSE** this case. All pending motions are **DENIED AS MOOT**.

**SIGNED** in Chambers at West Palm Beach, Florida, this ___ day of February, 2024.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

CC:   Counsel of Record

      Judge William Matthewman

1